**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF TEXAS

Case number *(if known)* _____  Chapter __**11**__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Spitfire Energy Group LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-4203204** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**Suite 200**
**4727 Gaillardia Parkway**
**Oklahoma City, OK 73142**
Number, Street, City, State & ZIP Code

**Oklahoma**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: |

| Debtor | **Spitfire Energy Group LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **Spitfire Energy Group LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

| Debtor | **Spitfire Energy Group LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☑ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Spitfire Energy Group LLC**                                    Case number (*if known*) _____
_____
Name

| | |
|---|---|
| ■ | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September  1, 2023**
                       MM / DD / YYYY

**X** **/s/ David D Le Norman**                              **David D Le Norman**
Signature of authorized representative of debtor          Printed name

Title   **Manager**

**18. Signature of attorney**

**X** **/s/ Clayton D. Ketter**                  Date **September  1, 2023**
Signature of attorney for debtor                      MM / DD / YYYY

**Clayton D. Ketter 24053651**
Printed name

**Phillips Murrah P.C.**
Firm name

**3710 Rawlins Street, Suite 900**
**Dallas, TX 75219**
Number, Street, City, State & ZIP Code

Contact phone   **405.235.4100**        Email address   **cdketter@phillipsmurrah.com**

**24053651 TX**
Bar number and State

**Fill in this information to identify the case:**

Debtor name     **Spitfire Energy Group LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September  1, 2023**      X **/s/ David D Le Norman**
                                              Signature of individual signing on behalf of debtor

                                              **David D Le Norman**
                                              Printed name

                                              **Manager**
                                              Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Spitfire Energy Group LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| B and G Electric Co 7100 New Horizons Blvd Amityville, NY 11701-1149 | | Utility | | | | $1,009.38 |
| Black Gold Pump and Supply Inc 2459 Lewis Avenue Signal Hill, CA 90755 | | Trade debt | | | | $2,112.93 |
| Bobby Jones Welding and Construction 100 Thomas Lane Wheeler, TX 79096 | | Trade debt | | | | $2,010.00 |
| Crescent Consulting LLC 13212 North MacArthur Blvd Oklahoma City, OK 73142 | | Trade debt | | | | $5,716.00 |
| Estate of William Kent Vise 5607 Murphy Road Big Spring, TX 79720-0810 | | Trade debt | | | | $0.00 |
| GeoChemicals LLC 517 East 30th Avenue Suite D Hutchinson, KS 67502 | | Trade debt | | | | $5,084.06 |
| Greenbelt Electric CoOp Inc 706 10th Street Wellington, TX 79095 | | Trade debt | | | | $6,058.04 |

Debtor    **Spitfire Energy Group LLC**                                  Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Jackson Hot Oil Service LLC 212 NW Avenue A Andrews, TX 79714** | | Trade debt | | | | **$2,002.63** |
| **LDI LLC 5601 Dumas Drive Amarillo, TX 79108** | | Trade debt | | | | **$1,852.50** |
| **Nick Thomas Inc 10612 US 60 Canadian, TX 79014** | | Trade debt | | | | **$425.00** |
| **North Plains Electric Cooperative Inc North 14585 Highway 83 Perryton, TX 79070** | | Utility | | | | **$3,000.00** |
| **Pinnacle Energy Services LLC 9420 Cedar Lake Avenue Oklahoma City, OK 73114** | | Trade debt | | | | **$2,507.20** |
| **Texas Comptroller of Public Accounts Lyndon B Johnson State Office Building 111 East 17th Street Austin, TX 78774** | | Taxes | | | | **$1,000.00** |
| **Verizon Wireless PO Box 660108 Dallas, TX 75266-0108** | | Service | | | | **$1,000.00** |
| **Xcel Energy 414 Nicollet Mall Minneapolis, MN 55401** | | Trade debt | | | | **$2,198.65** |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Texas

In re   **Spitfire Energy Group LLC** _____     Case No. _____
                                    Debtor(s)                Chapter   **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ................................     $   **Per hourly fee app.**

    Prior to the filing of this statement I have received ......................     $          **39,610.00**

    Balance Due .......................................................................     $              **0.00**

2.  The source of the compensation paid to me was:

    ☐ Debtor      ☑ Other (specify):     **Le Norman Management LLC**

3.  The source of compensation to be paid to me is:

    ☑ Debtor      ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       **Services based on Application to Employ**

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**September 1, 2023** _____          **/s/ Clayton D. Ketter** _____
_Date_                                              **Clayton D. Ketter 24053651**
                                                    _Signature of Attorney_
                                                    **Phillips Murrah P.C.**
                                                    **3710 Rawlins Street, Suite 900**
                                                    **Dallas, TX 75219**
                                                    **405.235.4100  Fax: 405.235.4133**
                                                    **cdketter@phillipsmurrah.com**
                                                    _Name of law firm_

---

# United States Bankruptcy Court
### Northern District of Texas

In re    **Spitfire Energy Group LLC**                                    Case No.
                                        Debtor(s)          Chapter      **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Reign Capital Holdings LLC**<br>**Suite 200**<br>**4727 Gaillardia Parkway**<br>**Oklahoma City, OK 73142** | | | **100% membership interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date    **September  1, 2023**                          Signature    **/s/ David D Le Norman**

                                                                   **David D Le Norman**


*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

BTXN 094 (rev. 5/04)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re:                                          §
                                                §
**Spitfire Energy Group LLC**                   §        Case No.:
                                                §
                                                §
                                                §
                              Debtor(s)         §
                                                §

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

■   is the first mail matrix in this case.

☐   adds entities not listed on previously filed mailing list(s).

☐   changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐   deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date:   **September  1, 2023**                  **/s/ David D Le Norman**
                                                **David D Le Norman**/**Manager**
                                                Signer/Title

Date:   **September  1, 2023**                  **/s/ Clayton D. Ketter**
                                                Signature of Attorney
                                                **Clayton D. Ketter 24053651**
                                                **Phillips Murrah P.C.**
                                                **3710 Rawlins Street, Suite 900**
                                                **Dallas, TX 75219**
                                                **405.235.4100  Fax: 405.235.4133**

                                                **45-4203204**
                                                Debtor's Social Security/Tax ID No.


                                                Joint Debtor's Social Security/Tax ID No.

A Michael Raticar
15750 Interstate 40
Shamrock, TX 79079-3921


A Michael Raticar
205 North Choctaw Street
Shamrock, TX 79079


Arkansas Instrument Service Co Inc
PO Box 488
Benton, AR 72018


B and B Fluids LLC
8104 FM 592
Wheeler, TX 79096


B and D Flowback LLC
PO Box 279
Raceland, LA 70394


B and G Electric Co
7100 New Horizons Blvd
Amityville, NY 11701-1149


Black Gold Pump and Supply Inc
2459 Lewis Avenue
Signal Hill, CA 90755


Blue Goose Ltd
6309 Indiana Avenue Suite B
Lubbock, TX 79413


Bobby Jones Welding and Construction
100 Thomas Lane
Wheeler, TX 79096

Carrington Coleman
Attn Bonnie C Barksdale
901 Main Street Suite 5500
Dallas, TX 75202


Chesapeake Operating LLC
PO Box 18496
Oklahoma City, OK 73154


CP Energy LLC
317 Lilac Drive Suite 200
Edmond, OK 73034


Crescent Consulting LLC
13212 North MacArthur Blvd
Oklahoma City, OK 73142


Derby Exploration LLC
PO Box 779
Oklahoma City, OK 73101


Devon Energy Production Company LP
Procurement Administration
333 West Sheridan Avenue
Oklahoma City, OK 73102-5015


Downey Steam Service
18878 Oklahoma 76
Lindsay, OK 73052


Eagle Electric Inc
PO Box 488
Benton, AR 72018


Edward Abraham
PO Box 95
Canadian, TX 79014

Elvin and Barbara Meadows
15635 FM 277
Briscoe, TX 79011


Estate of William Kent Vise
5607 Murphy Road
Big Spring, TX 79720-0810


Forest Oil Corporation
707 17th Street Suite 3600
Denver, CO 80202


GeoChemicals LLC
517 East 30th Avenue Suite D
Hutchinson, KS 67502


Greenbelt Electric CoOp Inc
706 10th Street
Wellington, TX 79095


Hall Estill Hardwick Gable
Golden and Nelson PC
100 North Broadway Suite 2900
Oklahoma City, OK 73102


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101


International Bank of Commerce
Attn William P Schonacher
3817 NW Expressway Suite 100
Oklahoma City, OK 73112


Jackson Hot Oil Service LLC
212 NW Avenue A
Andrews, TX 79714

John and Rosemary Vise
PO Box 588
Wheeler, TX 79096


LDI LLC
5601 Dumas Drive
Amarillo, TX 79108


Le Norman Management LLC
9400 Broadway Extension Suite 700
Oklahoma City, OK 73114


Le Norman Operating LLC
4700 Gaillardia Parkway Suite 200
Oklahoma City, OK 73142


Le Norman Recovery LLC
Attn Perri Dunn PLLC
100 North Broadway Avenue Suite 3280
Oklahoma City, OK 73102


Lubriflange LLC
PO Box 781
Elk City, OK 73648


Marathon Electric Co
4300 West River Park Drive
Oklahoma City, OK 73108


Marathon Oil Company
5555 San Felipe Road
Houston, TX 77056-2725


McAfee and Taft
Attn Michael Lauderdale
211 North Robinson 8th Floor
Oklahoma City, OK 73102

Moore Family Farms Inc
16399 Highway 33
Canadian, TX 79014-5400


Nick and Shelli Thomas
10612 Highway 60
Canadian, TX 79014


Nick and Shelli Thomas
9670 CR 8
Canadian, TX 79014


Nick Thomas Inc
10612 US Highway 60
Canadian, TX 79014


North Plains Electric Cooperative Inc
North 14585 Highway 83
Perryton, TX 79070


OEM GP LLC
2450 Louisiana Suite 400-164
Houston, TX 77006-2380


OFE 31 LP
PO Box 354
Booker, TX 79005


Oklahoma Energy Acquisitions LP
15021 Katy Freeway Suite 400
Houston, TX 77094


Oklahoma Tax Commission
Office of the General Counsel
PO Box 269056
Oklahoma City, OK 73126-9056

Overflow Energy LLC
PO Box 354
Booker, TX 79005


Peak Energy Operating LLC
1601 NW Expressway Suite 1600
Oklahoma City, OK 73118


Pinnacle Energy Services LLC
9420 Cedar Lake Avenue
Oklahoma City, OK 73114


Plow Technologies
PO Box 851012
Yukon, OK 73085-1012


Poteet Disposal LLC
24130 State Highway 76
Ratliff City, OK 73481


Poteet Family Revocable Living Trust
PO Box 729
Lindsay, OK 73052


Railroad Commission of Texas
PO Box 12967
Austin, TX 78711-2967


Reign Capital Holdings LLC
Suite 200
4727 Gaillardia Parkway
Oklahoma City, OK 73142


Surge OK Midstream LLC
9400 Broadway Extension Suite 700
Oklahoma City, OK 73114

Texas Attorney General
PO Box 12548
Austin, TX 78711-2548


Texas Comptroller of Public Accounts
Lyndon B Johnson State Office Building
111 East 17th Street
Austin, TX 78774


Tom H Frye
10731 Summer Glade Lane
Cypress, TX 77443


Tom Harry Frye Trust
16607 Fern Rock Falls Court
Spring, TX 77379


Tom Henry Frye
17611 Fairway Oaks
Spring, TX 77379


Trailhead Exploration LLC
505 Main Street Suite 340
Fort Worth, TX 76102


Valero Marketing and Supply Company
Lease Crude Accounting Div Order Dept
PO Box 696000
San Antonio, TX 78269-6000


Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108


Xcel Energy
414 Nicollet Mall
Minneapolis, MN 55401

# United States Bankruptcy Court
### Northern District of Texas

In re   **Spitfire Energy Group LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Spitfire Energy Group LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Reign Capital Holdings LLC
Suite 200
4727 Gaillardia Parkway
Oklahoma City, OK 73142**

☐ None [*Check if applicable*]

**September  1, 2023**

Date

/s/ Clayton D. Ketter

**Clayton D. Ketter 24053651**

Signature of Attorney or Litigant

Counsel for   **Spitfire Energy Group LLC**

**Phillips Murrah P.C.
3710 Rawlins Street, Suite 900
Dallas, TX 75219
405.235.4100 Fax:405.235.4133
cdketter@phillipsmurrah.com**

## MANAGER'S CERTIFICATE

## SPITFIRE ENERGY GROUP LLC

### AUGUST 28, 2023

I, David D. Le Norman, Manager and President of Spitfire Energy Group LLC, an Oklahoma limited liability company (the "Company"), do hereby certify that the following resolutions were adopted by the Members and Managers of the Company, which resolutions remain in effect on the date hereof.

BE IT RESOLVED, that David D. Le Norman, is hereby authorized to do all things reasonable and necessary to file and prosecute voluntary a Chapter 11 bankruptcy petition on behalf of the Company.

BE IT FURTHER RESOLVED that David D. Le Norman may designate and authorize from time to time other persons to act on the Company's behalf in connection with the above-mentioned Chapter 11 bankruptcy case, with such other designated and authorized persons hereinafter being referred collectively to as "Authorized Persons" and singularly as an "Authorized Person."

BE IT FURTHER RESOLVED, that each Authorized Person is authorized and directed to take such acts as are reasonable and necessary and in the best interests of the Company during the Chapter 11 bankruptcy case, including, but not limited to, the execution and filing of all petitions, schedules, lists motions, applications, pleadings, disclosure statements, reorganization plans, and other papers and, in connection therewith.

BE IT FURTHER RESOLVED, that any Authorized Person is authorized and directed to employ and retain on a general retainer the law firm of Phillips Murrah P.C. to act as the Company's legal counsel in the above-mentioned Chapter 11 bankruptcy case, and to employ and retain such other counsel, accountants, financial advisors, and other professionals as are deemed necessary or may be helpful in connection with the Company's bankruptcy case, all on such terms and conditions as are deemed appropriate.

BE IT FURTHER RESOLVED that, in connection with the commencement of the Chapter 11 case, any Authorized Person be, and hereby is, authorized, empowered, and directed to negotiate the use of cash collateral, if necessary, to negotiate, execute, and deliver such documents as may be necessary or helpful in conducting sales of assets outside the ordinary course of the Company's financial affairs, and to negotiate, execute, and deliver a debtor-in-possession loan facility and exit loan facilities, if necessary (including, in connection therewith, such notes, security agreements and other agreements or instruments as such Authorized Person considers appropriate) on the terms and conditions such Authorized Person executing the same may consider necessary, proper or desirable, and to take such additional action and to execute and deliver each other agreement, instrument, or document to be executed and delivered by or on behalf of the Company pursuant thereto or in connection therewith, all with such changes therein

and additions thereto as any Authorized Person approves, such approval to be conclusively evidenced by the taking of such action or by the execution and delivery thereof.

BE IT FURTHER RESOLVED that any and all past actions heretofore taken by any Authorized Person or in the name and on behalf of the Company or its wholly-owned subsidiaries in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved.

BE IT FURTHER RESOLVED that each Authorized Person be, and each hereby is, authorized and empowered on behalf of and in the name of the Company to take such other actions as the Authorized Person considers necessary, proper or desirable to effectuate these resolutions.

BE IT FURTHER RESOLVED that the foregoing resolutions are effective August _28TH_, 2023.

**IN WITNESS WHEREOF**, the undersigned has executed and delivered this Certificate as of the date first written above.

_____

David D. Le Norman
Manager and President of Spitfire Energy Group LLC